IN THE UNITED STATES DISTRICT COURT FOR THE
<u>Eastern</u> DISTRICT OF TENNESSEE
AT <u>Chattanooga</u>



FILED

NOV 10 2015

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

<u>Jimmy Gray</u>,　)
**PLAINTIFF,**　)
　)
**VS.**　)　NO. <u>1:15-cv-307</u>　HSM/SKL
　)　(To be assigned by the Clerk=s
<u>McMinn Co. Justice Center</u>　)　Office. Do not write in this
**DEFENDANT.**　)　blank.)
<u>Joe Guy Sherriff</u>

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.　**Previous Lawsuits**

　　A.　Have you begun lawsuits in state or federal court dealing with the same facts

　　　　involved in this action or otherwise relating to your imprisonment? Yes _____

　　　　No ✓

　　B.　If your answer to A is yes, describe each lawsuit in the space provided below. (If

　　　　there is more than one lawsuit, describe the additional lawsuits on another piece of

　　　　paper, using the same outline.)

　　　　1.　Parties to this previous lawsuit

　　　　　　Plaintiffs:_____

　　　　　　Defendants:_____

Page 1 of 6

Case 1:15-cv-00307-HSM-SKL　Document 1　Filed 11/10/15　Page 1 of 7　PageID #: 1

2. Court (if federal court, name the district; if state court, name the county):

   _____

   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of present confinement**:

West Tn. State Prison

A. Is there a prisoner grievance procedure in the institution?

   Yes (✓)    No ( )

B. Did you relate the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( )    No (✓)

C. If your answer is Yes:

   1. What steps did you take?

      _____

   2. What was the result?

      _____

D.  If your answer was No, explain why not:

_Does not Pretain to Prison_

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff: _Jimmy Gray_
    Address: _WTSP PO Box 1150 Henning Tn. 38041_

(In item B below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names of any additional defendants.)

B.  Defendant _Joe Guy_ is
    employed as _Sheriff_ at
    _McMinn Co. Justice Center_

C.  Additional Defendants: _____

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of

Page 3 of 6

related claims, number and set forth each claim in a separate paragraph. Use as much space as needed. Attach extra sheets as necessary.

Plantiff states he was put in Custody at McMinn Co. Justice Center on 6-17-14 for Parole Violation. Mr Gray had been in a Car Wreck on 5-18-14 and had a Serious Injury to his right lower leg (compound fracture) open wound with a Halo on leg.

Mr. Gray was also in a wheelchair at this time for he could not walk or put pressure on his leg. When placed in Custody Mr Gray was placed in a Obervation Room. This room was approximately 7 x 7 with no Handicap Rails

Mr Gray was housed here for 3 days and then moved to Booking Area to a Holding Cell. 6-19-14 This cell is 5ft wide by 9 ft long with a Metal Bench to sit on. There is no Bed in this Cell and it is not Handicapp Accossible. There is no Hand Rails or Handicapp Sink or toilet. Mr Gray had to sit in wheelchair for he could not lay down.

And when let out to shower there was

no rails, shower chair for Mr Gray had to sit in wheelchair to shower. Mr. Gray was held in this cell for 4 days and then sent to Prison.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Mr. Gray ask for the Cameras at Justice Center be Reviewed to verify these Accusations he is stating Also if nessesary the Medical Records from the Justice Center and State Prison if needed.

Mr Gray feels he was subject to Cruel and Unusal Punishment at Justice Center, that Sheriff Joe Guy should have not put Mr. Gray in those conditions

Mr. Gray was Due unessary Stress and Mental Anguish Mr Gray ask that McMinn Co Justice Center be Inspected and that it be Aqquited to Handle Handicapped Prisoners. And ask this Court for One Hundred Fifty Thoushand Dollars in Pontive and monetary Damages.

_____

_____

I (We) hereby certify under penalty of perjury that the above petition is true to the best of our information, knowledge and belief.

Signed this ___First___ day of ___Nov.___, 20_15_.

_____Jimmy Gray_____
Signature of Plaintiff
TDOC No.: _102288_
P.O. Box 1150,
Henning, TN 38041-1150

US POSTAGE
HASLER
$1.420
11/06/2015
Mailed From 38041

OUTGOING
NOV - 6 2015
WTSP
MAILROOM

Cheif Dep. Clerk
John L. Medearis
900 Georgia Ave. Rm 309

Joel W. Solomon
Fed. Building Cthse.
Chattanooga, Tenn.
37402